WRIGHT, FINLAY & ZAK, LLP
T. Robert Finlay, Esq., SBN 167280
rfinlay@wrightlegal.net
Todd E. Chvat, Esq., SBN 238282
tchvat@wrightlegal.net
4665 MacArthur Court, Suite 280
Newport Beach, CA  92660
Tel: (949) 477-5050; Fax: (949) 477-9200

Attorneys for Defendant WELLS FARGO BANK, N. A.

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARGES KASRAMEHR,<br><br>        Plaintiff,<br><br>    vs.<br><br>WELLS FARGO BANK N.A.; FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC, and DOES 1 through 100, inclusive<br><br>        Defendants. | Case No.: 11-cv-00551 GAF (OP)<br><br>[PROPOSED] JUDGMENT |

On July 27, 2012, the Court issued an Order granting Defendant WELLS FARGO BANK, N. A.'s Motion for Summary Judgment.

In connection therewith, IT IS HEREBY ORDERED that JUDGMENT be entered in favor of Defendant WELLS FARGO BANK, N. A. and against Plaintiff NARGES KASRAMEHR.

IT IS SO ORDERED.

August 9, 2012

_____
HON. GARY ALLEN FEESS,
UNITED STATES DISTRICT JUDGE

-1-

[PROPOSED] JUDGMENT